IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PREMIUM PLASTICS, § § Plaintiff, § § VS. § SEATTLE SPECIALITY INSURANCE § SERVICES, INC. and GREAT AMERICAN § ASSURANCE COMPANY, § § Defendants. § | CIVIL ACTION NO. H-10-3960 |

**FINAL JUDGMENT**

For the reasons stated in this court's March 26, 2012 Memorandum and Opinion, Premium Plastics's claims are dismissed, with prejudice. This is a final judgment.

SIGNED on March 26, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge